CORNELIUS FAST SERV, INC.,
an Oregon corporation,
*Plaintiff-Appellant,*

*v.*

CITY OF CORNELIUS,
an Oregon municipal corporation,
*Defendant-Respondent.*

Washington County Circuit Court
C101621CV; A146041

280 P3d 394

Paul R. Romain argued the cause for appellant. With him on the brief was The Romain Group, LLC.

Nancy L. Werner argued the cause for respondent. With her on the brief were Paul C. Elsner and Beery, Elsner & Hammond, LLP.

Before Ortega, Presiding Judge, and Brewer, Judge, and Sercombe, Judge.*

PER CURIAM

Affirmed. *American Energy, Inc. v. City of Sisters*, 250 Or App 243, 280 P3d 985 (2012).

---

* Brewer, J., *vice* Rosenblum, S. J.